```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>              Plaintiff,        )<br>                                )<br>      v.                        )<br>                                )<br> DONALD G. ZOZAYA,              )<br>                                )<br>              Defendant.        )<br>                                ) | 4:05CR3018<br><br>ORDER |

   IT IS ORDERED:

   Defendant's counsel's motion to withdraw, filing 16, is granted.  The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for substitute counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

   DATED this 16th day of May, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge