```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )         4:05CR3018
         v.                    )
                               )
DONALD G. ZOZAYA,              )
                               )            ORDER
              Defendant.       )
                               )
```

This case was previously removed from the trial docket pending the appearance of new counsel for the defendant. The new attorney has now entered an appearance.

IT THEREFORE HEREBY IS ORDERED,

This matter is placed back on the trial docket and trial is set to commence at 9:00 a.m., August 8, 2005 for a duration of three days, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 27th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge