IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3018 |
| v. ) | |
| ) | |
| DONALD G. ZOZAYA, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

On the court's own motion,

IT IS ORDERED,

The clerk is directed to remove filing number 24 from the public docket sheet and file it as a sealed pleading.

DATED this 6th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge