```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
             Plaintiff,         )
                                )         4:05CR3018
       v.                       )
                                )
DONALD G. ZOZAYA,               )
                                )       MEMORANDUM AND ORDER
             Defendant.         )
                                )
```

Defendant has moved for release to a treatment program. I earlier rejected such a motion and although defendant urges that circumstances have now changed, they have not changed sufficiently to ameliorate the substantial and serious risk to the safety of the community that his release would present.

IT THEREFORE HEREBY IS ORDERED,

The motion, filing 24, is denied.

DATED this 15th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge