IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3018 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| DONALD G. ZOZAYA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's statement of appeal of Magistrate Judge's order (filing 27) is denied.

July 26, 2005.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge