IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3018 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DONALD G. ZOZAYA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to extend deadline to file departure motion by November 1, 2005 (filing 38) is granted.

November 1, 2005.                    BY THE COURT:

                         s/ *Richard G. Kopf*
                         United States District Judge